**In re Andrew Mark HUDSON, Petitioner.**

No. 01–6824.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 18, 2001.

Decided Oct. 9, 2001.

Andrew Mark Hudson, pro se.

Before WILKINSON, Chief Judge, and WILKINS and DIANA GRIBBON MOTZ, Circuit Judges.

PER CURIAM.

In *Hudson v. Hunt,* 235 F.3d 892 (4th Cir.2000), we remanded the habeas corpus petition of Andrew Mark Hudson, 28 U.S.C.A. § 2254 (West 1994 & Supp.2001), to the district court for further proceedings. Hunt has now filed this petition for writ of mandamus, complaining of unreasonable delay in the district court and asking that we compel the district court to act. Although we find the delay is not unreasonable, we deny the petition without prejudice to Hunt's right to refile if the district court does not act expeditiously. We deny Hudson's motion for appointment of counsel and his motion to compel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*